IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LAWRENCE LEE HALL,**

    Plaintiff,

v.                                                                                   Civil Action No. **3:10CV662**

**C.T. WOODY, JR.,**

    Defendant.

### MEMORANDUM OPINION

By Memorandum Order entered on October 1, 2010, the Court conditionally docketed Plaintiff's action. In that Memorandum Order, the Court directed Plaintiff, *inter alia*, to "immediately advise the Court of his new address in the event that he is transferred, released, or otherwise relocated while the action is pending." (Oct. 1, 2010 Mem. Order ¶ 8.) The Court warned Plaintiff that his failure to do so would result in dismissal of the action.

On April 11, 2011, the Court sent to Plaintiff the Magistrate Judge's Report and Recommendation. On April 18, 2011, the Report and Recommendation was returned to the Court by the United States Postal Service marked "RETURN TO SENDER," "ATTEMPTED - NOT KNOWN," and "UNABLE TO FORWARD." Plaintiff's failure to keep the Court apprised of his current address indicates a lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 5-11-11
Richmond, Virginia

/s/
James R. Spencer
Chief United States District Judge